
EXHIBIT B

**SPORTS AND ENTERTAINMENT LAW**

**the SACKS GROUP, pllc**

202.721.7284 PHONE | 978.709.7284 FAX
rand.sacks@thesacksgroupBG.com

RAND E. SACKS, ESQ.

5335 Wisconsin Avenue, NW | Suite 850 | Washington, DC 20015

June 26, 2019

<u>Via Facsimile (901) 328-1352</u>

Henry Reaves III, Esq.
Reaves Law Firm, PLLC
4466 Elvis Presley Blvd.
Suite 310
Memphis, TN 38116

    Re:    <u>Anfernee "Penny" Hardaway</u>

Dear Mr. Reaves:

Please be advised that this firm represents Anfernee "Penny" Hardaway. It is our understanding that you and/or the Reaves Law Firm, PLLC ("RLF") have an agreement, arrangement, or other type of association with Tiger Sports Properties ("Tiger Sports") wherein Tiger Sports may have sought to grant you and/or RLF rights with respect to the use of Mr. Hardaway's name, image, and/or likeness (collectively, "Mr. Hardaway's Likeness").

Please be advised that Tiger Sports is not authorized to grant to you and/or RLF any rights with respect to the use of Mr. Hardaway's Likeness. Notice and demand is hereby placed upon you and RLF to avoid utilizing Mr. Hardaway's Likeness in any manner which violates Mr. Hardaway's rights of publicity. Any such use will cause irreparable harm to Mr. Hardaway. Accordingly, any violation of Mr. Hardaway's rights of publicity will be aggressively pursued (including, without limitation, filing for equitable relief along with monetary damages).

As you may be aware, there are a litany of cases wherein companies have violated rights of publicity of celebrity, with significant adverse consequences (e.g., https://www.chicagotribune.com/business/ct-michael-jordan-dominicks-analysis-0823-biz-20150822-story.html).

If you have any questions, please feel free to call me at (202) 721-7284.

The statement of facts set forth in this letter is not intended to be, nor shall it be deemed to be, a full and complete statement of the facts in this matter. Furthermore, this letter is not

intended to be a complete statement of the rights of Mr. Hardaway, and shall not be construed as a waiver of any legal or equitable rights or remedies, all of which are expressly reserved.

Sincerely,

*Rand E. Sacks*

Rand E. Sacks

cc: Anfernee "Penny" Hardaway
     Bilal Aquil